PROB 12C
(7/93)

# United States District Court
## for the
## Eastern District of New York



MEMBERS OF JUDGE GLEESON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Camilo Otero   Case Number: 01 CR 1431(S-3)

Name of Sentencing Judicial Official: The Honorable John Gleeson, U.S. District Judge

Date of Original Sentence: September 18, 2002

Original Offense: 18 USC 1959(A)(6); Conspiracy to Commit Assault in Aid of Racketeering Activity, a Class E Felony; and, 21 USC 846 and 841(b)(1)(A) Conspiracy to Distribute Five Kilograms or More of Cocaine, a Class A Felony

Original Sentence: 20 months custody and five years supervised release with the special condition requiring the defendant to participate in substance abuse treatment with a treatment provider selected by the Probation Department. A $200 special assessment was also ordered.

Sentence modified: August 21, 2003: The Court ordered, with the offender's consent, a modification of his conditions to require him to serve 20 hours of community service at any time he is unemployed. He was also prohibited from traveling into several areas in Brooklyn or having any associations with the three New York City street gangs that were involved in the instant offense.

September 22, 2003: As the result of the offender's use of cocaine, the Court ordered, with the offender's consent, a modification of his conditions to require him to perform 40 hours of community service at a site approved by the Probation Department.

February 17, 2005: As the result of the offender's discharge from an in-patient substance abuse treatment program, the Court ordered, with the offender's consent, a modification of his conditions to require him to serve a three month curfew.

March 25, 2005: In response to the offender's use of cocaine and his homelessness, the Court ordered the offender to serve a four month term of community confinement.

Type of Supervision: Supervised Release   Date Supervision Commenced: May 7, 2003

===========================================================================

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**   **Nature of Noncompliance**

1.   Illegal Drug Use

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be
     [X] Revoked
     [ ] Extended for _____ years, for a total term of _____ years.

[ ]  Other:

                                          Respectfully submitted:

                                          by

                                          Christopher Wodzinski
                                          Senior U.S. Probation Officer

                                          George Doerrbecker
                                          Deputy Chief U.S. Probation Officer
                                          Date: 10-5-05

THE COURT ORDERS:

☐  No Action

☐  The Issuance of a Warrant.

☒  The Issuance of a Summons.

                                          s/John Gleeson
                                          Signature of Judicial Officer

                                          10-20-05
                                          Date